# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: Brian B. Alavi | Atty Name (if applicable): Brian B. Alavi |
| Street Address: 3250 Wilshire Bl.#812 | CA Bar No. (if applicable): 217433 |
| Los Angeles, CA 90010 | Atty Fax No. (if applicable): (213) 632-6065 |
| Filer's Telephone No.: (213) 632-6060 | |

| | |
|---|---|
| In re: John P. Martin and Joyce M. Martin | Case No.: 2:09-bk-27592-BR <br><br> Chapter 7 _x_  11 ___  13 ___ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes _x_   No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _x_  B ___  C ___  D ___  E ___  F _x_  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ___     Statement of Financial Affairs ___

Statement of Intention ___                     Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, John & Joyce Martin, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/04/2010

_[signature]_
Debtor Signature
John P. Martin

_[signature]_
Co-Debtor Signature
Joyce M. Martin

** SEE REVERSE SIDE **

** FOR COURT USE ONLY **

FILED
AUG 04 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

B-1008 Revised November 2003                                                    B-1008

B6F (Official Form 6F) (12/07)

In re  John P. Martin  and  Joyce M. Martin , Case No. 2:09-bk-27592-BR
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 377210508442001<br>Creditor # : 1<br>American Express<br>P.O. B. 360001<br>Fort Lauderdale FL 33336-0001 | | H | 2001<br>Credit Card Purchases | | | | $ 12,400.00 |
| Account No: xxxx-xxxxx8-83001<br>Creditor # : 2<br>American Express<br>P.O. B. 360001<br>Fort Lauderdale FL 33336-0001 | | W | 2001<br>Credit Card Purchases | | | | $ 6,300.00 |
| Account No: 4003904001375551<br>Creditor # : 3<br>Bank of America<br>P.O. Box 30750<br>Los Angeles CA 90030-0750 | | J | 4/2009<br>Credit Card Purchases<br>Guarantor for American Apple Mortgage, Inc. | | | | $ 9,397.00 |
| Account No: 4264287540786957<br>Creditor # : 4<br>Bank of America<br>P.O. Box 15726<br>Wilmington DE 19886-5726 | | H | 2002<br>Promissory note | | | | $ 43,000.00 |

_3_ continuation sheets attached

Subtotal $ | $ 71,097.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  John P. Martin  and  Joyce M. Martin ,     Case No. 2:09-bk-27592-BR
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4036475500410737<br>Creditor # : 5<br>Bank of America<br>P.O. Box 30750<br>Los Angeles CA 90030-0750 | X | J | 2007<br>Credit Card Purchases<br>Guarantor for American Apple Mortgage, Inc. | | | | $ 26,679.00 |
| Account No: 68240800017599<br>Creditor # : 6<br>Bank of America<br>P.O. Box 30750<br>Los Angeles CA 90030-0750 | | J | 2008<br>Credit Card Purchases<br>Guarantor for American Apple Mortgage, Inc. | | | | $ 50,641.00 |
| Account No: 4791241642917491<br>Creditor # : 7<br>Capital One Bank<br>P.O. Box 5155<br>Norcross GA 30091 | X | J | 7/2009<br>Credit Card Purchases<br>Guarantor for American Apple Mortgage, Inc. | | | | $ 5,100.00 |
| Account No: 5178057305682598<br>Creditor # : 8<br>Capital One Bank<br>P.O. Box 5155<br>Norcross GA 30091 | | W | 7/2009<br>Credit Card Purchases<br>Guarantor for American Apple Mortgage, Inc. | | | | $ 380.00 |
| Account No: 4246315157382134<br>Creditor # : 9<br>Chase<br>P.O. Box 15298<br>Wilmington DE 19850-5298 | X | J | 2009<br>Credit Card Purchases<br>Guarantor for American Apple Mortgage, Inc. | | | | $ 30,000.00 |
| Account No: 214205-06-163711-9<br>Creditor # : 10<br>HFC<br>P.O. Box 60101<br>City of Industry CA 91716-0101 | | W | 2005<br>Line of credit | | | | $ 15,000.00 |

Sheet No. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 127,800.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  John P. Martin  and Joyce M. Martin                          ,    Case No. 2:09-bk-27592-BR
                        Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   21420506-163968-5<br>Creditor # : 11<br>HFC<br>P.O. Box 60101<br>City of Industry CA 91716-0101 | | W | 2005<br>Credit Card Purchases | | | | $ 15,000.00 |
| Account No:   214205-06-163729-1<br>Creditor # : 12<br>HFC<br>P.O. Box 60101<br>City of Industry CA 91716-0101 | | H | 2002<br>Line of credit | | | | $ 16,285.00 |
| Account No:   6035320118461266<br>Creditor # : 13<br>Home Depot<br>P.O. Box 6028<br>The Lakes NV 88901-6028 | | W | 3/2009<br>Credit Card Purchases | | | | $ 2,370.00 |
| Account No:   848087<br>Creditor # : 14<br>Johnson City Medical Center<br>c/o CBC<br>P.O. Box 5067<br>Kingsport TN 37663 | | W | 2008<br>Medical Bills<br>Services for family member | | | | $ 4,823.00 |
| Account No:   0007306851129814 et.al.<br>Creditor # : 15<br>MEMPHIS LIGHT GAS & WATER DIV.<br>PO BOX 388<br>Memphis TN 38145 | | H | 12/2009<br>Utility Bills<br>2281, 2283, 2285, 2287, 2289,<br>2315,2317, 2319, 2321, 2323,2325,<br>2329,2331&2333 Ketchum | | | X | $ 7,520.00 |
| Account No:   xxxx xxxx xxxx 1277<br>Creditor # : 16<br>National City<br>P.O. Box 856177<br>Louisville KY 40285-6177 | | H | 2004<br>Credit Card Purchases | | | | $ 15,187.00 |

Sheet No.  2  of  3  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 61,185.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _John P. Martin   and Joyce M. Martin_____, Case No. _2:09-bk-27592-BR_
Debtor(s)  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 PNC BANK NATIONAL ASSOCIATION PO BOX 5570 Cleveland OH 44101 | | H | 6/24/2010 Deficiency/Real Esate Foreclosure 90 unit parcel in Memphis, TN purchased back by bank for $500,000.00. Balance on loan prior | | | | $ 1,082,361.93 |
| Account No: Representing: PNC BANK NATIONAL ASSOCIATION | | | Wyatt, Tarrant & Combs, LLP PO BOX 775000 Memphis TN 38177-5000 | | | | |
| Account No: Creditor # : 18 ROTO-ROOTER SVRCS10049 568 TRINITY CREEK COVE Cordova TN 38018 | | H | 10/2009 SERVICES | | | | $ 9,000.00 |
| Account No: 0434-01 Creditor # : 19 The Baer Firm 200 Jefferson Ave., Ste. 725 Memphis TN 38103 | | H | 10/2009 SERVICES | | | | $ 3,000.00 |
| Account No: Creditor # : 20 Two-L Electric Company, Inc. 1363 Heistan Place Memphis TN 38104 | X | C | 7/2009 Labor and Materials Action pending Two-L Electric Company, Inc. vs. Wayne Hale dba Hale Homes and | | X | | $ 35,635.00 |
| Account No: Representing: Two-L Electric Company, Inc. | | | Jeter & Nahmias 35 Union Ave. Suite 534 Memphis TN 38103 | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,129,996.93

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)   $ 1,390,078.93